HERBERT R. SPARKS ET AL. V. STATE OF NEBRASKA.

FILED NOVEMBER 8, 1929. No. 26992.

*George Losey* and *Bernard McNeny,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Leon Samuelson, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Dan Reams for a review of the judgment of the district court for Franklin county wherein he and one Herbert R. Sparks were convicted of the crime of hog stealing.

We have carefully considered all alleged errors assigned by plaintiff in error and find no prejudicial error in the record. The judgment of the district court is therefore

AFFIRMED.